LUNSFORD DOLE PHILLIPS #4407
7 Waterfront Plaza, Suite 400
500 Ala Moana Blvd.
Honolulu, Hawaii 96813
Tel: (808)543-2055; Fax (808)543-2010
lunsfordp001@hawaii.rr.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DANIEL WARD and ESTHER WARD, Plaintiffs<br><br>v.<br><br>66-526 KAMEHAMEHA HIGHWAY, LLC<br><br>Defendant | CIVIL NO. 17-00336 JMS-KSC<br><br>NOTICE OF DISMISSAL OF ALL CLAIMS AND PARTIES WITH PREJUDICE |

DISMISSAL OF ALL CLAIMS AND PARTIES WITH PREJUDICE

Plaintiffs, through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of dismissal with prejudice of all claims and parties herein.

Dated: December 14, 2017.

/s/ Lunsford Dole Phillips